# Court of Appeals
# of the State of Georgia

ATLANTA,   December 18, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0183. TERRY FERGUSON v. THE STATE.**

Terry Ferguson filed an "Application for Writ of Mandamus" in this Court, which was docketed as a discretionary application. Ferguson seeks an order from this Court ordering the Superior Court of Bartow County to rule on pending motions in his criminal case.

As an appellate court, we have limited original mandamus authority in aid of our jurisdiction. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV ("Each court may exercise such powers as necessary in aid of its jurisdiction or to protect or effectuate its judgments; but only the superior and appellate courts shall have the power to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction.").  The Supreme Court, however, has declared that such a mandamus petition must be raised, in the first instance, in the superior court. See *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983). The judge named as respondent will disqualify, and another judge will be appointed to rule on the petition. See id. An appeal from any such ruling should be filed in the Supreme Court. See Ga. Const. of

1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Accordingly, this petition is hereby DISMISSED. See *Brown*, supra.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____12/18/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*